D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,

Plaintiff,

vs.

DOES 1-21, individuals,

Defendants.

) CASE NO.: 10 1682
)
) [PROPOSED] ORDER GRANTING
) PLAINTIFF LEAVE TO TAKE EARLY
) DISCOVERY
)
)
)
)
)
)
)
)
)

[PROPOSED] ORDER

Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause therefore,

**IT IS HEREBY ORDERED,** that Plaintiff is granted leave to take early discovery. Plaintiff may immediately serve on Comcast IP Services a subpoena or subpoenas to obtain subscriber information for subscribers assigned IP addresses identified by Media Protector.

Plaintiff's counsel shall issue the subpoena(s) in substantially in the same form as the example attached as Exhibit A to Plaintiff's Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference;   <u>**except that plaintiff has not shown the need to obtain e-mail addresses.**</u>

**IT IS FURTHER ORDERED,** that subpoenas authorized by this order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551;

**IT IS FURTHER ORDERED,** that Comcast IP Services shall have twenty-one (21) days from the date they are served a copy of this order to respond to the subpoena in order that Comcast shall have sufficient time to provide notice to the subscribers whose subscriber information Plaintiff seeks to obtain thereby; and

**IT IS FURTHER ORDERED,** that good faith attempts by Comcast to notify the subscribers shall constitute compliance with this order.

Dated: May 27, 2010

_____
UNITED STATES [D̶I̶S̶T̶R̶I̶C̶T̶]/[MAGISTRATE] JUDGE