**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, | No. C 10-01682 SBA |
|         Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOES 1-21, | |
|         Defendant. / | |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **September 1, 2010, has been moved to, September 29, 2010, at 2:45 p.m., via telephone.**

**Plaintifff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

**Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.**

**Dated: 8/9/10**

                                                    **FOR THE COURT,**

                                                    **Richard W. Wieking, Clerk**

                                                    **By: s/Lisa R. Clark**
                                                         **Courtroom Deputy**